# IN THE COMMONWEALTH COURT OF PENNSYLVANIA

J.B,                                        :
           Petitioner          :          **SEALED CASE**
                           :
        v.                  :          No. 644 M.D. 2018
                           :
Pennsylvania State Police,                  :
           Respondent         :

## PER CURIAM                    O R D E R

NOW, April 22, 2022, upon consideration of Petitioner's application for reargument, and the answer in response thereto, the application is denied.